UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-24298-CIV-UNGARO/SIMONTON

**CHARLES H. WILLIAMS # 901082,**

    Petitioner

v.

**TREASURE COAST TREATMENT CENTER, et al.,**

    Respondents.
_____/

## ORDER REQUIRING SUPPLEMENTAL INFORMATION

This matter is before the Court *sua sponte*.  The Honorable Ursula Ungaro, United States District Judge, has referred this matter to the undersigned United States Magistrate Judge (DE # 7).

Petitioner Charles H. Williams filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, alleging that he was involuntarily committed to the Treasure Coast Treatment Center, but that he no longer met the criteria for involuntary commitment.  The specific relief sought in the Memorandum accompanying this Petition is "an order directing Bob Quam, Administrator of the Treasure Coast Forensic Treatment Center to transfer the petitioner to the proper Court of Jurisdiction on the issue of meeting the criteria for continued involuntary commitment, and on the issue of the Respondent named in the State Habeas Corpus Proceeding 'Defaulting' by failing to 'file' or 'serve' an answer" (DE # 5).  In the Petition, he also apparently seeks dismissal of the charges that led to his commitment, and refers to Case Nos. F10-14358 and F10-19080, pending in state court in Miami-Dade County, Florida (DE # 1).

A review of the public records of the docket sheets in those cases reflects that, after this Petition was filed, Petitioner was found competent to proceed, and therefore it

appears that he may no longer be held in the custody of the Treasure Coast Treatment Center.  Therefore, it is hereby

**ORDERED** that, if Petitioner desires to proceed with this matter, on or before May 10, 2011, he shall file a Supplemental Memorandum that states whether he remains confined in the Treasure Coast Treatment Center.  If Petitioner has been released from that facility, but contends that this matter is not moot, he shall state the relief sought and the basis for granting that relief.  Petitioner must also advise the Court of any changes in his address.  Failure to comply with this Order may result in the dismissal of this action as moot, without prejudice and without further proceedings.

**DONE AND ORDERED** in chambers in Miami, Florida, on April 14, 2011.

_Andrea M. Simonton_
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished via CM/ECF to:**
The Honorable Ursula Ungaro,
    United States District Judge

Charles H. Williams, # 901082, pro se
Treasure Coast Forensic Treatment Center
96 SW Allapattah Rd.
Indiantown, FL 34956